# Court of Appeals
# of the State of Georgia

ATLANTA, _February 02, 2016_

*The Court of Appeals hereby passes the following order:*

**A16A0589. LESTER ROBERT BAKER v. THE STATE.**
**A16A0590. LESTER ROBERT BAKER v. THE STATE.**

Appellant has filed with this court Motions for Appointment of Counsel. Additionally, it appears that there is a motion pending before the trial court in which appellant seeks to have counsel appointed to represent him. Therefore, this case is hereby remanded to the trial court for consideration and ruling on the pending motion for Appointment of Counsel. After ruling on said motion, the appellant may file a new notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _02/02/2016_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*